**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3857

_____

Louie Wesley Crandall,          *
                                *
          Appellant,            *
                                *  Appeal from the United States
     v.                         *  District Court for the
                                *  Western District of Missouri.
Dr. Catron; Bill Pierce, Sheriff of              *

Jasper County, MO; Jasper County, MO, *
**[UNPUBLISHED]**
                                *
          Appellees.            *

_____

                    Submitted:  October 15, 1997

                        Filed:  October 22, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

     Louie W. Crandall appeals from the district court's[1]
grant of summary judgment in favor of Dr. Mark Catron,
Sheriff William Pierce, and Jasper County in this 42

---

[1]The HONORABLE DEAN WHIPPLE, United States District Judge for the
Western District of Missouri.

U.S.C. § 1983 action.  Crandall claimed that while he was detained at the county jail, he was deprived of his constitutional rights related to his medical needs.  The district court granted summary judgment, concluding Crandall failed to establish a serious

medical need.  After careful review of the record, we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.